IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PINKNEY CLOWERS,** *et al.,*<br><br>*Defendants.* | **CRIMINAL ACTION NO.**<br>**5:92-cr-00082-TES-CHW-2** |

**ORDER DIRECTING THE BUREAU OF PRISONS**
**TO PRODUCE FEDERAL PRISONER**

The **BUREAU OF PRISONS** is **HEREBY REQUESTED AND DIRECTED** to produce federal prisoner **PINKNEY CLOWERS, Register Number 84524-020**, presently incarcerated at the Coleman Medium Federal Correctional Institution ("FCI") for a hearing on his pending Motion to Reduce Sentence [Doc. 1072], beginning at **1:00 p.m.** on **Monday, July 15, 2024**, before the undersigned in Courtroom C on the first floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia. The Court **DIRECTS** the United States Marshals Service to properly serve this Order.

**SO ORDERED**, this 28th day of June, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**