**Report and Order Terminating Supervised Release**
(Rev. 2/06) **Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Crim. No.   5:92-CR-00082-002 (TES) |
| **PINKNEY CLOWERS III** | | |

On January 11, 1994, Pinkney Clowers III was sentenced for the offenses of Conspiracy to Possess with Intent to Distribute Cocaine Base, Interference with Commerce – Hobbs Act, and Conspiracy to Possess Firearms During a Drug Trafficking and Violent Crimes. On July 18, 2024, the supervised release period of 60 months commenced. Pinkney Clowers III has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Pinkney Clowers III be discharged from supervision.

Respectfully submitted,

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____2nd_____ day of _____March_____, 2026.

s/Tilman E. Self, III

TILMAN E. SELF, III
U.S. DISTRICT JUDGE